```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  COLONY INSURANCE COMPANY,                  :
                                             :
                        Plaintiff,           :
              -against-                      :         1:20-cv-06251-GHW
                                             :
  TITAN RESTORATION, INC., DENNIS            :             ORDER
  ALEXI CANALES DIAZ, and SEWARD PARK        :
  HOUSING CORPORATION,                       :
                                             :
                        Defendants.          :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2020

GREGORY H. WOODS, United States District Judge:

The Court has received the application for the Court to endorse the proposed stipulation and order granting Defendant Titan Restoration an extension of time to answer or otherwise respond to the complaint and adjourning the initial pre-trial conference in this case.  Dkt. No. 12.  That application is granted in part and denied in part.  The deadline for Defendant Titan Restoration to answer or otherwise respond to the complaint is extended to October 13, 2020.  The initial pretrial conference will be held as originally scheduled on October 20, 2020.  However, the conference will begin at 4:30 p.m. rather than 4:00 p.m.

SO ORDERED.

Dated: September 10, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge