```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
   COLONY INSURANCE COMPANY,       :
                                               :
                         Plaintiff,   :
           -against-             :      1:20-cv-06251-GHW
                                               :
   TITAN RESTORATION, INC., DENNIS     :      ORDER
   ALEXI CANALES DIAZ, and SEWARD PARK  :
   HOUSING CORPORATION,                  :
                                               :
                       Defendants.  :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The Court held a conference on December 29, 2021 to address Plaintiff's motion for summary judgement, Dkt. No. 54, and Defendant Titan Restoration, Inc.'s motion to amend its Answer, Dkt. No. 68. For the reasons stated on the record, Plaintiff's motion for summary judgement is denied. For the reasons stated during the conference, Defendant Titan Restoration, Inc.'s motion to amend its answer is granted.

       The Clerk of Court is directed to terminate the motions currently pending at Dkt. Nos. 54 and 68.

       SO ORDERED.

Dated: December 29, 2021
New York, New York

                                                 _____
                                                     GREGORY H. WOODS
                                                  United States District Judge