**MEMORANDUM ENDORSED**

# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

IRVINE OFFICE
2505 McCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614

(212) 972-1000
FACSIMILE: (212) 972-1030

LOS ANGELES OFFICE
515 FLOWER STREET, SUITE 1000
LOS ANGELES, CALIFORNIA 90071

www.LondonFischer.com

February 11, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/22
```

**VIA ECF**

Honorable Gregory H. Woods, U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *Colony Insurance Company v. Titan Restoration, Inc., Dennis Alexi Canales Diaz, and Seward Park Housing Corporation*
            S.D.N.Y. Docket No.: 1:20-cv-06251 (GHW)
            Our File No.: LF 417.0567062

Dear Judge Woods:

    The undersigned counsel submit this joint letter regarding settlement discussions to the Court pursuant to Your Honor's January 13, 2022 Order.

    Colony Insurance Company ("Colony") has agreed to provide Titan Restoration, Inc. ("Titan") and Seward Park Housing Corporation ("Seward") with coverage under the applicable Colony Policy. Titan has recently provided Colony with copies of all legal invoices in connection with a request for reimbursement. Colony is in the process of reviewing these invoices and Colony and Titan have held teleconferences on how best to effectuate this process. Colony has also spoken with counsel for Seward regarding Seward's legal invoices. We are optimistic that this matter can be fully resolved shortly, but we are requesting that all deadlines be extended another thirty (30) days and the Court continue to hold the discovery motion in abeyance to allow the parties to complete negotiations.

    As this matter is progressing towards overall resolution, the parties respectfully request that: the deadline for the completion of fact discovery and depositions which is currently scheduled for March 4, 2022 (Dkt. 97) be adjourned to April 4, 2022; the joint status letter currently scheduled for March 11, 2022 (Dkt. 97) be adjourned to April 11, 2022; and the post discovery status conference currently scheduled for March 18, 2022 (Dkt. 97) be adjourned to April 18, 2022.

{N2077429.2 }

The parties again thank the Court for its time and assistance.

Respectfully submitted,

| | |
|---|---|
| LONDON FISCHER LLP | FRYDMAN LLC |
| By: /s/ James Walsh<br>James Walsh, Esq.<br>*Attorneys for Plaintiff*<br>*Colony Insurance Company*<br>59 Maiden Lane, 39th Floor<br>New York, New York 10038<br>(212) 972-1000 | By: /s/ David S. Frydman<br>David S. Frydman, Esq.<br>*Co-Counsel for Defendant*<br>*Titan Restoration, Inc.*<br>501 Fifth Avenue, 15th Floor<br>New York, New York 10017<br>(212) 355-9100 |
| TZIMOPOULOS LAW, P.C. | JONATHAN A. DACHS, ESQ./SHAYNE, DACHS |
| By: /s/ George Tzimopoulos<br>George Tzimopoulos, Esq.<br>*Co-Counsel for Defendant*<br>*Titan Restoration, Inc.*<br>5 Penn Plaza, 19th Floor - PMB# 19110<br>New York, New York 10001<br>(646) 419-0846 | By: /s/ Jonathan A. Dachs<br>Jonathan A. Dachs, Esq.<br>*Attorneys for Defendant Dennis Alexi Canales Diaz*<br>61 Broadway, Suite 2220<br>New York, NY 10006<br>(212) 201-0793 |
| KRITZER LAW GROUP | |
| By: /s/ Karl Zamurs<br>Karl Zamurs, Esq.<br>*Attorneys for Defendant Seward Park Housing Corp.*<br>180 East Main Street<br>Smithtown, New York 11787<br>(631) 979-4777 | |

SO ORDERED.

Dated: February 11, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Application granted. The deadline for the completion of fact discovery is extended to April 4, 2022. The post discovery status conference currently scheduled for March 18, 2022 is adjourned to April 19, 2022 at 3:00 p.m. and will take place by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The joint status letter requested in the case management plan and scheduling order entered on October 21, 2020, Dkt. No. 26, is due no later than April 12, 2022. Except as expressly modified by this order, the case management plan entered by the Court on October 21, 2020, Dkt. No. 26, remains in full force and effect.

In light of the parties' February 11, 2022 joint letter, Dkt. No. 98, the Court deems Titan Restoration Inc.'s motion to compel to be withdrawn. In the event the parties do not settle the dispute, Titan is free to refile its motion to compel.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 51.